Terry *v.* Carter.

---

## JOHN TERRY *vs.* PENDLETON CARTER.

An action at law to recover damages for a breach of the terms of a contract, may be sustained by one copartner against another.

IN error from the circuit court of De Soto county; Hon. Hugh R. Miller, judge.

The facts are contained in the opinion of the court.

*D. C. Glenn,* for plaintiff in error, cited *Kennedy* v. *McFaden*, 3 Har. & Johns. 194, and case cited.

*Brown* and *Vance*, for defendant in error.

Mr. Justice FISHER delivered the opinion of the court.

This action was brought by the plaintiff in the circuit court of

De Soto county, to recover damages for a breach of the follow-
ing agreement as set out in the declaration, to wit, " The said
plaintiff and defendant were to work and crop together on the
same farm, in the year 1847, on the following terms and con-
ditions, to wit, the defendant was to furnish the ground, horses,
gear, ploughs, &c., and the said plaintiff was to work upon said
farm and in said crop himself as a hand, and out of the pro-
ceeds of said crop, raised as aforesaid, the said plaintiff and
defendant were to severally take and have as follows, to wit,
the plaintiff was to have one sixth part of all the cotton, corn
fodder, &c., and the defendant the remainder." The declara-
tion then states that the plaintiff performed the contract as
fully on his part as the defendant would permit him; that he
worked and labored two or three months, when defendant dis-
missed him, and refused to permit said defendant to perform
his part of the contract. The declaration was demurred to,
and demurrer overruled by the court. The main cause of de-
murrer is, that the contract shows a copartnership, and that the
action for a breach thereof cannot be sustained at law.

This position is untenable, conceding that there was a co-
partnership. An action may be sustained by one copartner, at
law, to recover damages for a breach of the articles or terms of
the contract. 8 Mass. 464 ; 4 Bibb, 418 ; Gow on Partner-
ship, 70, 71.

Judgment affirmed.